## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

**DONALD K. GERNAND**                          **CIVIL ACTION**

**VERSUS**                                                    **NO.**

**ADRIATIC MARINE, L.L.C.,**                   **JUDGE:**
**D & M BARGE RENTALS, L.L.C.**
**and R360 ENVIRONMENTAL**                **MAG:**
**SOLUTIONS OF LOUISIANA, LLC**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### COMPLAINT FOR DAMAGES
### <u>UNDER THE JONES ACT, ETC.</u>

**TO THE HONORABLE, UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA AND THE JUDGES THEREOF:**

The Complaint of Donald K. Gernand, a person of majority age, with respect represents:

1.

Named defendants are:

a.  Adriatic Marine, L.L.C., a limited liability company authorized to do and doing business within this state and judicial district;

b.  D & M Barge Rentals, L.L.C., a limited liability company authorized to do and doing business in this state and judicial district; and

c.  R360 Environmental Solutions of Louisiana, LLC (hereinafter R360), a limited liability company authorized to do and doing business within this state and judicial district.

2.

At all material times, defendant Adriatic Marine owned, controlled and operated the M/V MALLARD, a vessel in navigation, and employed plaintiff Donald K. Gernand as a seaman and

1

member of the crew of said vessel, for which he earned $210 per dy working 28 days on/14 days off, plus found and fringe benefits.

3.

At all material times, defendant D & M Barge Rentals, owned a steel hull tank barge named the CBR-2225 bearing U.S.C.G. I.D. No. 1135050.

4.

At all material times, defendant R360 owned and operated an environmental waste management facility in Fouchon, Louisiana in the business of accepting, disposing and recycling offshore oilfield drilling mud and waste.

5.

On or about May 5, 2014, plaintiff was ordered to board Barge CBR-2225 to secure the M/V MALLARD to the barge at the R360 dock in Fouchon, Louisiana.  While carrying out this assigned chore, plaintiff slipped in drilling mud spilled on the barge by a crane owned and operated by defendant R360.  Plaintiff slipped and fell between the M/V MALLARD and Barge CBR-2225 and sustained injuries to his cervical spine, shoulders, lumbar spine and connective joints, tissues and nerves.

6.

The above-described incident was caused by the joint and concurrent fault of defendants Adriatic Marine, D & M Barge Rentals and R360 as follows:

a.  Failure to provide plaintiff with a safe workplace;

b.  Failure to insure that the deck of the Barge CBR-2225 was free of hazardous substances;

c.  Failure to properly illuminate the plaintiff's assigned work area;

    d.   Failure to have the R360 crane cease barge offloading operations until plaintiff could complete his assigned duties; and

    e.   Failure to warn plaintiff of the presence of drilling mud on the deck of the barge within his assigned work area.

7.

As a result of the negligent acts and/or omissions referenced herein, plaintiff has suffered damages including:

    a.   Past and future physical pain and suffering;

    b.   Past and future mental anguish;

    c.   Physical disfigurement and scarring;

    d.   Lost wages and loss of future earning capacity

and is entitled to damages in an amount reasonable under the circumstances of this cause.

8.

Jurisdiction of this first cause of action against the aforesaid defendants is based upon the Jones Act, 46 U.S.C. §46:30104 and the general maritime law of the United States.

**WHEREFORE**, based on the foregoing, plaintiff Donald K. Gernand prays that defendants Adriatic Marine, L.L.C., D & M Barge Rentals, L.L.C. and R360 Environmental Solutions of Louisiana, LLC be duly cited and served with a copy of this Complaint and after due proceedings had there be judgment rendered herein in favor of plaintiff and against defendants Adriatic Marine, L.L.C., D&M Barge Rentals, L.L.C. and R360 Environmental Solutions, LLC in an amount sufficient to adequately compensate plaintiff for damages together with legal interest thereon from date of judicial demand until paid, for all costs of this suit and for all additional general and equitable relief to which plaintiff may be entitled herein.

Respectfully submitted,


<u>Paul M. Sterbcow</u>
PAUL M. STERBCOW (#17817)
IAN F. TAYLOR (#33408)
Lewis, Kullman, Sterbcow & Abramson
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
TEL:   (504) 588-1500
FAX:   (504) 588-1514
Sterbcow@lksalaw.com
itaylor@lksalaw.com
Attorneys for Plaintiffs


**PLEASE SERVE:**


**ADRIATIC MARINE, L.L.C.**
Through its registered agent:
Charles Faucheux
201 Raceland Street
Raceland, LA 70394

**D & M BARGE RENTALS, L.L.C.**
Through its registered agent:
David M. Patterson
607 Techeview Drive
Berwick, LA 70342

**R360 ENVIRONMENTAL SOLUTIONS**
 **OF LOUISIANA, LLC**
Through its registered agent:
Corporation Service Company
320 Somerulos Street
Baton Rouge, LA 70802